**\*\* E-filed January 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMEGA CONSULTING,<br><br>    Plaintiff,<br>  v.<br><br>TECHNICAL EQUITIES CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C10-04335 HRL<br><br>**ORDER SETTING SHOW CAUSE HEARING RE: FAILURE TO PROSECUTE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on September 24, 2010. Docket No. 1. To date, Plaintiff has failed to serve any defendants with the complaint or summons. See Docket. Thus, the Court ORDERS Plaintiff show cause on **February 22, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, why the case should not be dismissed for failure to prosecute. The initial case management conference, currently set for January 25, 2011 is VACATED.

**IT IS SO ORDERED.**

Dated: January 25, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-04335 Notice will be electronically mailed to:**

**Notice will provided by other means to:**

Eric Dangerfield
7706 Pinebrook Drive
San Antonio, TX 78230

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**